■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER ANDREW, Appellant. [602 NYS2d 555] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Juviler, J.), imposed March 6, 1991.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Bracken, Rosenblatt, Copertino and Pizzuto, JJ., concur.